# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA Incorporated, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Petitioner, | ) | |
| | ) | CV 11-2417 PHX-FJM |
| v. | ) | |
| | ) | |
| Robert Decker, | ) | |
| | ) | |
| Respondent(s). | ) | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated May 16, 2012, judgment is entered against petitioner. Petitioner to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

May 16, 2012

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)